IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR329 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLEN KELLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [23]. Counsel has a person matter out of state. The defendant has previously complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial [23] is granted, as follows:

1. The jury trial now set for January 13, 2015 is continued to **February 24, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 24, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 8, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**